# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

**LEERIC T. BESS**                                          **CASE NO. 3:20-CV-1078**

**VERSUS**                                                 **JUDGE TERRY A. DOUGHTY**

**U.S. COMMISSIONER OF SOCIAL**                   **MAG. JUDGE KAREN L. HAYES**
**SECURITY ADMINISTRATION**

# J U D G M E N T

The Report and Recommendation [Doc. No. 6]  of the Magistrate Judge having been

considered, no objections thereto having been filed, and finding that same is supported by the

law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the instant complaint be

**DISMISSED, without prejudice**, pursuant to Federal Rule of Civil Procedure 4(m).

Monroe, Louisiana, this 28th  day of January, 2021

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE